IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 06-cv-01504-AP

MICHAEL P. MARTINEZ,

    Plaintiff,

v.

JO ANNE B. BARNHART, Commissioner of Social Security,

    Defendant.

---

**1. APPEARANCES OF COUNSEL AND *PRO SE* PARTIES**

    <u>**For Plaintiff**</u>:

        Alan M. Agee, Esq.
        512 S. 8th Street
        Colorado Springs, CO 80905
        (719) 473-1515 (telephone)

    <u>**For Defendant:**</u>

        TROY A. EID
        United States Attorney
        KURT BOHN
        Assistant United States Attorney

    By:    Debra J. Meachum
        Special Assistant United States Attorney
        Laura Ridgell-Boltz, Assistant Regional Counsel
        Social Security Administration
        1961 Stout Street, Suite 1001A
        Denver, Colorado  80294
        (303) 844-1571
        (303) 844-0770 (facsimile)

**2.**    **STATEMENT OF LEGAL BASIS FOR SUBJECT MATTER JURISDICTION**

The Court has jurisdiction based on section 205(g) of the Social Security Act, 42 U.S.C. 405(g).

**3.    DATES OF FILING OF RELEVANT PLEADINGS**

   A.   Date Complaint Was Filed: <u>August 2, 2006.</u>
   B.   Date Complaint Was Served on U.S. Attorney's Office: <u>August 8, 2006.</u>
   C.   Date Answer and Administrative Record Were Filed: <u>October 6, 2006</u>.

**4.    STATEMENT REGARDING THE ADEQUACY OF THE RECORD**

   **Plaintiff, to the best of his knowledge, states that the administrative record is complete and accurate.**
   **Defendant, to the best of her knowledge, states that the administrative record is complete and accurate.**

**5.    STATEMENT REGARDING ADDITIONAL EVIDENCE**

   **Plaintiff does not intend to submit additional evidence.**
   **Defendant does not intend to submit additional evidence.**

**6. STATEMENT REGARDING WHETHER THIS CASE RAISES UNUSUAL CLAIMS OR DEFENSES**

   **Plaintiff, to the best of his knowledge, does not believe the case raises unusual claims or defenses.**
   **Defendant, to the best of her knowledge, does not believe the case raises unusual claims or defenses.**

**7. OTHER MATTERS**

   **Plaintiff has no other matters to bring to the attention of the court.**
   **Defendant has no other matters to bring to the attention of the court.**

**8. PROPOSED BRIEFING SCHEDULE**

   A.   Plaintiff's Opening Brief Due:        NOVEMBER 22, 2006.
   B.   Defendant's Response Brief Due:     DECEMBER 27, 2006.
   C.   Plaintiff's Reply Brief (If Any) Due: <u>JANUARY 8, 2007.</u>

**9.    STATEMENTS REGARDING ORAL ARGUMENT**

       A.  **Plaintiff's Statement.**
**Plaintiff requests oral argument.**

       B.  **Defendant's Statement:**
**Defendant does not request oral argument.**

**10.   CONSENT TO EXERCISE OF JURISDICTION BY MAGISTRATE JUDGE**

*Indicate below the parties' consent choice.*

A.  **(X)  All parties have consented to the exercise of jurisdiction of a United States Magistrate Judge.**

B.  **( )  All parties have not consented to the exercise of jurisdiction of a United States Magistrate Judge.**

**11.   OTHER MATTERS**

**The parties agree that filing motions for extension of time or continuances will comply with D.C.COLO.LCivR 7.1(C) by submitting proof that a copy of the motion has been served upon the moving attorney's client, all attorneys of record, and all pro se parties.**

**12.   AMENDMENTS TO JOINT CASE MANAGEMENT PLAN**

**The parties agree that  the Joint Case Management Plan may be altered or amended only upon a showing of good cause.**

DATED this **20th day of October, 2006.**

                                                              BY THE COURT:

                                                              S/John L. Kane
                                                              U.S. DISTRICT COURT JUDGE

**APPROVED:**

**For Plaintiff:**

**s/Alan M. Agee       Date: 10/20/06**
512 S. 8th Street
Colorado Springs, CO 81301
(719) 473-1515 (telephone)
ageealanmpc@qwest.net

**For Defendant:**

TROY A. EID
United States Attorney
KURT BOHN
Assistant United States Attorney

**s/Debra J. Meachum   Date: 10/20/06**
By:    Debra J. Meachum
       Special Assistant United States Attorney

       Laura Ridgell-Boltz
       Assistant Regional Counsel

       Social Security Administration
       1961 Stout Street, Suite 1001A
       Denver, Colorado  80294
       (303) 844-1571
       (303) 844-0770 (facsimile)
       debra.meachum@ssa.gov
       laura.ridgell-boltz@ssa.gov